# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00523-JLK

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1.      **DAVID ANTHONY ROESENER,**

        Defendant.

---

## AMENDED ORDER FOR PSYCHOLOGICAL EVALUATION

---

The Unopposed Motion for Written Order Requiring Psychiatric Evaluation (doc. #45), filed June 13, 2013, is **GRANTED**. The Court hereby orders a psychological study under 18 U.S.C. § 3552(b). The Court finds that there are no adequate professional resources available in the local community to perform the study, and therefore, directs the study to be done by the Federal Bureau of Prisons. The Bureau of Prisons is directed to provide the Court with information regarding the Defendant's mental status with particular regard to his suicidal and/or cutting behavior, addictive personality characteristics, danger to himself or others and prognosis, including consideration of recidivist behavior and appropriate custodial placement and treatment while incarcerated.

Dated this 24th day of June, 2013

                                  BY THE COURT:

                                  ***s/John L. Kane***
                                  JOHN L. KANE
                                  United States District Court